*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 25-BG-0325**

IN RE ROBERT H. BIDEN,
                    Respondent.
A Suspended Member of the Bar of the
District of Columbia Court of Appeals                    **DDN**: **2024-D103**
**Bar Registration No**. **973866**

BEFORE:    Blackburne-Rigsby, Chief Judge, and Easterly and Shanker, Associate Judges.

## O R D E R
(FILED—May 1, 2025)

On consideration of the affidavit of Robert H. Biden, wherein he consents to disbarment from the Bar of the District of Columbia pursuant to D.C. Bar R. XI, § 12(a); the corrected report and recommendation of the Board on Professional Responsibility; and the Board's consent motion to file under seal the Office of Disciplinary Counsel's lodged amended motion to accept respondent's consent to disbarment; and it appearing that on July 2, 2024, respondent filed in the underlying referral case (No. 24-BG-0553) an affidavit that complies with D.C. Bar R. XI, § 14(g); it is

ORDERED that respondent Robert H. Biden is hereby disbarred by consent. The effective date of respondent's disbarment shall run, for reinstatement purposes, from July 2, 2024. *See* D.C. Bar R. XI, § 16(c). It is

FURTHER ORDERED that the Board's consent motion to file under seal pursuant to D.C. Bar R. XI, § 12(c) is granted. It is

FURTHER ORDERED that the Clerk, in order to give respondent notice of his responsibilities post disbarment and his right to reinstatement under Rule XI, §§ 14 and 16, shall publish this order and cause a copy thereof to be transmitted to the Chair of the Board on Professional Responsibility and to the respondent. It is

**No. 25-BG-0325**

FURTHER ORDERED that the underlying referral case (No. 24-BG-0553), which resulted in respondent's suspension, *see In re Biden*, No. 24-BG-0553, Order at 1 (D.C. June 25, 2024), is dismissed as moot.

**PER CURIAM**